BEFORE: JOAN M. AZRACK  DATE: 12/13/2019
UNITED STATES DISTRICT JUDGE  TIME: 11:00 AM (30 min)

## CRIMINAL CAUSE FOR STATUS CONFERENCE

**DOCKET NO. 18-cr-292 (JMA)**

**FILED**
**CLERK**
12/13/2019 12:44 pm
**U.S. DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**
**LONG ISLAND OFFICE**

**DEFENDANT: Naseem Bokhari**   DEF. #: 4
☒ Present   ☐ Not present   ☐ Custody   ☒ Bail
**DEFENSE COUNSEL: Murray Singer**
☐ Federal Defender   ☒ CJA   ☐ Retained

**DEFENDANT: Enayatullah Khwaja**   DEF. #: 5
☒ Present   ☐ Not present   ☐ Custody   ☒ Bail
**DEFENSE COUNSEL: Marc Agnifilo, Josh Kirshner**
☐ Federal Defender   ☐ CJA   ☒ Retained

**AUSA: Charles Kelly and Burt Ryan**

INTERPRETER:

PROBATION OFFICER/PRETRIAL:

COURT REPORTER: Paul Lombardi   COURTROOM DEPUTY: LMP

☒ Case Called.   ☒ Counsel present for all sides.
☐ Initial Appearance and Arraignment held on the Indictment.
☐ Defendants waive public reading of the Superseding Indictment and enters a plea of not guilty.
☒ Waiver of speedy trial executed; time excluded from 12/13/2019 through 4/23/2020.
☐ Order setting conditions of release and bond entered.
☐ Permanent order of detention entered.
☐ Temporary order of detention entered.
    ☐ Detention hearing scheduled for  .
☐ Bail modification hearing held. Disposition:
☒ Next court appearance scheduled on 4/23/2020 at 11:00 AM.

Defendant   ☐ Released on Bond   ☐ Remains in Custody.

OTHER:  Defense to file motions by 2/28/2020; responses due 3/27/2020; replies due 4/10/2020. Jury selection and trial scheduled for 9/21/2020 at 9:30 AM.